IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JONATHAN L. STEVENS, | § | |
| | § | No. 456, 2017 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: |
| | § | Superior Court of the |
| STATE OF DELAWARE, | § | State of Delaware |
| | § | |
| Plaintiff-Below, | § | |
| Appellee, | § | |
| | § | Cr. I.D. No. 0808022374 |

Submitted: June 6, 2018
Decided: June 7, 2018

Before **STRINE,** Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

This 7th day of June 2018, the Court, having considered this matter on the briefs of the parties and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order of October 6, 2017.

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice